Theodore **JUSTICE**, Plaintiff-Appellant,

v.

Director Exceptional Children's Division Director William J. **HUSSEY**; Henderson Collegiate Charter School Co-founder Executive Director Eric Sanchez, Defendants-Appellees.

No. 16-1856

United States Court of Appeals, Fourth Circuit.

Submitted: November 17, 2016

Decided: November 21, 2016

Theodore Justice, Appellant Pro Se. Laura Ellen Crumpler, North Carolina Department of Justice, Raleigh, North Carolina; Rachel B. Hitch, Schwartz & Shaw, PLLC, Raleigh, North Carolina, for Appellees.

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals from the district court's orders dismissing his complaint filed under 42 U.S.C. §§ 1983, 1985 (2012) and the Individuals with Disabilities Education Act and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Justice v. Hussey, No. 5:15–cv–00546–BO, 2016 WL 1601193 (E.D.N.C. Apr. 20 & July 15, 2016). We deny Justice's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

### AFFIRMED